UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | | |
|---|---|---|
| IN RE: | ) | |
| HOMER L. OWENS | ) | BANKRUPTCY NO. 09-40900 |
| CAROLYN M. OWENS | ) | CHAPTER 7 |
|     Debtor(s). | ) | |

### NOTICE OF UNCLAIMED FUNDS

Comes now the Trustee and shows the Court as follows:

1. That Trustee filed her Final Report and Proposed Distribution with the Clerk of this Court on October 25, 2010.

2. That pursuant to said Distribution Summary, Trustee issued checks dated November 17, 2010, to the creditors as set forth in the Proposed Distribution.

3. That said checks contained a ninety (90) day restriction and ninety (90) days have expired, and pursuant to Rule 3011 the remaining unclaimed amount and the name and last known address of the claimants is as follows:

   International Sports Club                                              $150.88
   3851 State Road 26 East
   Lafayette, IN 47905

4. That your Trustee's check in the total amount of $150.88 payable to the Clerk of this Court has been forwarded to the Court.

Dated this 18th day of February, 2011.

                                                /s/ Kimberly A. Wright
                                              Kimberly A. Wright, Trustee
                                              200 Ferry Street, Suite B
                                              P.O. Box 377
                                              Lafayette, IN 47902-0377
                                              Telephone: (765) 742-7259
                                              Facsimile: (765) 742-6868
                                              Email: kimberly.gilbert1@frontier.com

**CERTIFICATE OF SERVICE**

       I hereby certify that on the 18th day of February, 2011, service of a true and complete copy of the foregoing pleading was made upon:

1. Office of the U.S. Trustee, 100 East Wayne St., Suite 555, South Bend, IN 46601
2. George Ponton, 257 S. Jackson Street, Frankfort, IN 46041
3. International Sports Club, 3861 State Road 26 East, Lafayette, IN 47905

by depositing the same in the United States Mail in an envelope properly addressed and with sufficient first class postage affixed, or by electronic mail.

                                                                     /s/ Kimberly A. Wright
                                                                    Kimberly A. Wright